IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| QYNNISHA BRYANT | * |
| | * |
| On Behalf of Herself and All Others Similarly Situated | *Case No.: 3:20-CV-00061-CDL |
| | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| v. | * |
| | * |
| | * |
| TOPPERS INTERNATIONAL, INC., a Domestic For Profit Corporation, DARNELL LEWIS GARDNER, Individually, and SANDRA GARDNER, Individually | * |
| | * |
| | * |
| | * |
| Defendants. | |

AFFIDAVIT OF DARNELL LEWIS GARDNER

**Darnell Lewis Gardner** personally appeared before the undersigned officer authorized to administer oaths and, after being duly sworn, stated:

1.

My name is Darnell Lewis Gardner. I am *sui juris* and I have personal knowledge of the matters set forth herein.

2

I am the sole owner and chief executive officer of defendant Toppers International, Inc., which operates a club in Athens, Georgia ("the club").

3.

Following resolution of previous litigation regarding whether entertainers at the club were employees or independent contractors under the F.L.S.A., we implemented a policy whereby all persons applying to perform as entertainers at the club could choose whether they wished to be classified as employees or independent contractors. Part of this policy was an agreement to submit any F.L.S.A. claims (and other claims) to binding arbitration and to waive the rights to participate in collective actions.

4.

Named plaintiff Qynnisha Bryant signed such documents upon her beginning performing as an entertainer at the club in September 2018. A copy thereof is attached hereto as Exhibit 1.

5.

All persons who performed at the club as entertainers since late 2017 have signed such documents and agreements.

FURTHER, AFFIANT SAYETH NOT.

Sworn to and subscribed
before me, this 12th day
of August, 2020.

_____
Notary Public

_____
DARNELL LEWIS GARDNER

Jennifer L Jordan
Notary Public, Clarke County, Georgia
My Commission Expires March 12, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| QYNNISHA BRYANT | * |
| | * |
| On Behalf of Herself and All Others Similarly Situated | *Case No.: 3:20-CV-00061-CDL |
| | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| v. | * |
| | * |
| TOPPERS INTERNATIONAL, INC., a Domestic For Profit Corporation, DARNELL LEWIS GARDNER, Individually, and SANDRA GARDNER, Individually | * |
| | * |
| | * |
| | * |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing Affidavit Of Darnell Lewis Gardner by filing with the CM/ECF system and by mailing copies to her attorneys, *viz.*: Thomas J. Mew IV, Buckley Beal, LLP, 600 Peachtree Street, NE, Suite 3900, Atlanta, Georgia 30308 and Gregg C. Greenberg, Zipin, Amster & Greenberg, LLC, 8757 Georgia Avenue, Suite 400, Silver Spring, Maryland 20910, all in the manner provided by law.

This 12th day of August, 2020.

_____
JOHN JAY MCARTHUR

# ARBITRATION POLICY
## "TOPPERS INTERNATIONAL"
### ATHENS-CLARKE COUNTY, GEORGIA
### Referred to as "THE CLUB"

POSITION **Entertainer**

PRINTED NAME **Qynnisha Bryant (ARMANI)**

1. Any "covered claim" that you may have presently or hereafter acquire against THE CLUB, its owners, directors, officers, or its agents, or that THE CLUB, its owners, directors, officers or agents may have presently or hereafter acquire against you shall be submitted exclusively to and determined exclusively by binding arbitration under the Federal Arbitration Act, 9. U.S.C. I et. seq., regardless of the state in which the arbitration is held or the substantive law applied in the arbitration.

2. "Covered Claims" include, but are not limited to, claims that arose BEFORE OR AFTER this policy went into effect, arising under the Age Discrimination in Employment Act (ADEA); Title VII of the Civil Rights Act of 1964; the Americans with Disabilities Act (ADA); the Family and Medical Leave Act (FMLA); the Fair Labor Standards Act (FLSA); 42 U.S.C. 1981, including amendments to all the foregoing statutes; the Employee Polygraph Protection Acts; Employment Retirement Income Security Act (ERISA); Occupational Safety and Health Act (OSHA); and/or common law regulating employment termination, misappropriation, breach of the duty of loyalty, or contract law or tort, including, but not limited to, claims for malicious prosecution, intentional/negligent infliction of emotional distress and defamation.

Conversely, claims for state employment insurance (e.g., unemployment compensation, workers' compensation) or under the National Labor Relations Act are not covered by this Policy and, thus, are not subject to arbitration. If applicable, statutory or common law claims made outside of the state employment insurance system alleging that THE CLUB retaliated or discriminated against an employee for filing a state employment insurance claim, however, are covered claims, and shall be subject to arbitration.

3. THE CLUB and you are required to bring all claims subject to arbitration in one arbitration proceeding. Any such claims not brought in one arbitration shall be deemed waived and precluded. The arbitrator shall have the power to hear as many claims you or THE CLUB may have against each other consistent with the terms of this Agreement.

The arbitrator has no authority to and shall not consolidate claims of different employees into one proceeding, nor shall the arbitrator have the power to hear an arbitration as a class or collective action (a class or collective action involves an arbitration or lawsuit where representative members of a group who claim to share a common interest seek class or collective relief), and you shall not be allowed to submit your claim(s) against THE CLUB to arbitration as a representative of or participant in a class or collective action or a claim seeking class or collective relief.

4. The arbitration shall be administered by the American Arbitration Association (AAA) and the employment arbitration portion of the AAA's Employment Arbitration Rules and


EXHIBIT 1

Mediation Procedures. The arbitration proceeding shall be held before one neutral, third-party arbitrator. If there are any differences between this Arbitration Policy and the employment arbitration portion of the AAA's Employment Arbitration Rules and Mediation Procedures, this Policy shall control and apply.

5. Nothing in this Arbitration Policy prohibits you from filing at any time a charge or complaint with a government agency such as the EEOC; however, upon receipt of a right to sue letter or similar administrative determination, your claims become subject to arbitration as defined herein.

6. Nothing in this Arbitration Policy constitutes a waiver of your right to file an unfair labor practice charge under the National Labor Relations Act, and you have the right to challenge the validity of this Agreement, without being subject to retaliation, upon grounds that may exist in law and equity.

7. Neither THE CLUB nor you can file a civil lawsuit in court against the other party relating to any covered claims. If a party files a lawsuit in court to resolve claims subject to arbitration, both parties agree that the court shall dismiss the lawsuit and require the claim to be resolved through arbitration.

8. If you or we file a lawsuit in court involving claims that are, and other claims that are not, subject to arbitration, either may at any time request the court to stay litigation of the non-arbitrable claims and require that arbitration take place with respect to those claims subject to arbitration. The arbitrator's decision on the arbitrable claims, including any determinations as to disputed factual or legal issues, shall be entitled to full force and effect in any later court lawsuit on any non-arbitrable claims.

9. Arbitration must be initiated in accordance with the time limits contained in the applicable substantive law's statute of limitations.

10. The arbitration hearing shall be held at a designated location in the City or State where THE CLUB is located, unless the parties agree otherwise.

11. The Arbitration Policy does not infringe on either party's right to consult with an attorney at any time. Each party shall bear their own attorney's fees and related expenses. THE CLUB will be responsible for fees, expenses, and other charges of the arbitrator.

12. The parties may settle their dispute at any time without involvement of the arbitrator.

13. Nothing in this Arbitration Policy shall require any entertainer to perform only at THE CLUB and an entertainer is free to perform at other businesses and at other locations. Any time during the course of performing at THE CLUB, if an entertainer wants to perform at another location, the entertainer may do so, and request her adult entertainment dancer permit or license, if applicable, from management.

14. If any term or provision, or portion of this Arbitration Policy is declared void or unenforceable, it shall be severed and the remainder of this policy shall be enforceable.

15. This Arbitration Policy may be modified, in whole or in part, or terminated by THE CLUB only after THE CLUB provides at least 30 days' written notice of such modification or termination to you, and only with respect to claims submitted under the Policy which are received after the effective date of such modification or termination. The Arbitration Policy in effect at the time a claim is received by THE CLUB will govern the process by which the claim is determined.

16.   AS TO ENTERTAINERS OR OTHER INDEPENDENT CONTRACTORS OF THE CLUB, THE SUBMISSION OF AN APPLICATION, AUDITION AS AN ENTERTAINER, ACCEPTANCE AS AN ENTERTAINER OR YOUR CONTINUED PERFORMANCE AS AN ENTERTAINER SHALL BE REQUIRED BY THE CLUB BY SIGNING OF THIS ARBITRATION POLICY. A SIGNATURE SHALL BE REQUIRED FOR THE POLICY TO BE APPLICABLE. THE MUTUAL OBLIGATIONS SET FORTH IN THIS AGREEMENT SHALL NOT CHANGE YOUR CONTRACTUAL RELATIONSHIP, WHICH IS TERMINABLE AT WILL BY EITHER PARTY, WITH OR WITHOUT NOTICE TO THE OTHER PARTY, OR ANY TERM OF ANY OTHER CONTRACT OR AGREEMENT BETWEEN THE CLUB AND YOU. THIS POLICY SHALL CONSTITUTE THE ENTIRE AGREEMENT BETWEEN YOU AND THE CLUB FOR THE RESOLUTION OF ANY AND ALL COVERED CLAIMS.

**EMPLOYEE OR ENTERTAINER**

_Qunnisha Bryant_
**SIGNATURE**

Qynnisha Bryant
**PRINTED NAME**

ARMANI
**STAGE NAME**

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
**SOCIAL SECURITY NUMBER**

9/21/18
**DATE**

**TOPPERS INTERNATIONAL, INC.**

By: _Sandra Gardner_

## TOPPERS INTERNATIONAL

### RULES OF CONDUCT FOR W9 (1099) ENTERTAINERS

1. All employees will begin an employee schedule to perform. If you are not able to perform for legitimate reasons, you are asked to call and speak only to your employment manager. You will be subject to appropriate discipline for no call/no shows.

2. All employees should arrive on time on the floor in costume. Prior to being on the floor, check in with the house mom and give her keys or ride information. You must pass the Breathalyzer to drive your car home. <u>No one else will be allowed to drive your car home, unless a Manager on duty approves</u>.

3. Employees are responsible to report to their stages at the beginning of the first song of their set to replace other employees/entertainers <u>who will remain on stage until next employee/ entertainer arrives</u>. All employees/entertainers should be fully clothed before departing the stage. Employees/entertainers are strictly prohibited from walking around THE CLUB partially or fully naked. If your replacement does not arrive, you should begin to perform on set until the replacement does arrive.

4. <u>ALWAYS THANK YOUR CUSTOMER FOR TIPS</u>. Never yell at our customers for not tipping, or act unprofessionally towards customers for any reason. If you need assistance in dealing with a customer, ask your Floor Manager or the Manager on duty.

5. While performing, you will follow these house policies: you will NOT:

    a. Make obscene acts or gestures (i.e., fondling oneself)
    b. Carry conversations while on stage
    c. Drink, smoke or chew gum while on stage.

6. Table side dances are traditionally $10 ($30 in VIP couch/booths). <u>Please get your money up front or else YOU risk not being paid!</u> Inform customer what you are charging and do not take advantage.

7. All entertainers are responsible to dance each and every song on each of their stage sets. If you want another employee/entertainer to cover your set, you must find the employee/entertainer, pay her $10 minimum and notify the DJ immediately. Do not give the DJ money or find the cover.

8. Do not "hang out" in the DJ booth, kitchen, front door, dressing room, or office.

9. Uniform Policy: We require apparel that is sexy and neat and classy.

    We recommend:
    a. Words on uniforms are Management's call
    b. No homemade wear without hems; loose threads
    c. No obscene language or wife-beater style t-shirts
    d. No head bands, do-rags, bandannas
    e. Hats, cowboy or combat boots are Manager's Call
    f. Butt covers or wraps - optional

10. No props such as riding crops, whips or handcuffs, all of which could cause injuries.

11.   Garters should be worn at work at all times.  <u>Watch your money; if you lose it, it is your fault;   you are        still responsible for any fees due</u>.

12.   No baseball caps unless worn as a part of sports costume.

13.   All employees/entertainers should have hair done, nails and toenails painted, make-up on, uniforms clean and in good condition and shoes (high heels or stiletto platforms) clean and neat prior to the start of each shift.  No denim or blue jean look-a-like uniforms, cut offs, or loose threads.

14.   Clean hygiene overall expected.  Management will evaluate your appearance.  Do not take it personally.

15.   All employees/entertainers are prohibited in kitchen at all times.

16.   We will allow prescribed diets or fruit health drinks or shakes.

17.   Beverage sales are THE CLUB's business, please be cordial when accepting drinks offered to you by customers.  Non-alcoholic beverages are available.  Drinking is a privilege, if you are 21 or older.  Any abuse will cost you this privilege.

18.   <u>ZERO TOLERANCE FOR DRUGS</u>.  If you are caught in possession of, buying, selling, or using drugs, you will be punished accordingly.  Management has the right to search any and all personal     belongings.  There is a 30 day suspension if caught with or involved in any drug activity in THE CLUB.  If you refuse a search, you are subject to an automatic 30-day suspension.

19.   Absolutely no talking about another employee/entertainer to customers while at work, as well as any personal travesties occurring in your own life  Customers are there to relax, not to listen to       dissension or personal problems.

20.   Husbands, boyfriends, etc. are welcomed until there is a problem.  Management call on all issues   whether welcomed or not welcomed.

21.   Never leave with a customer or have a customer follow you home.  Dating customers is strictly prohibited.  Always inform house mom and management about your ride information.

22.   Inform the Manager immediately of any customer asking you for drugs, prostitution, or anything     else prompting illegal activity.  DO NOT JOKE ABOUT ANY VICE OR PROSTITUTION, YOU COULD GET ARRESTED.

23.   No music without words, any rap music or words of violence. The DJ has control of music...NOT you.

24.   YOU ARE REQUIRED TO TIP DJ.  The suggested minimum is $10 or 10% of your gross earnings.  Please confirm with the shift manager.

25.   You are expected to be professional to all other employees, any and all problems will be taken to       the Manager and not handled personally.

26.   All employees/entertainers must leave out of the designated departure door ONLY!  This is for       your own safety.

27.   No hanging out when your shift is over.  Call it a day and go home.  Don't hang out and drink.  Off days, when you come in, let Management know you are there.

28. You are not required to do a time card but check in with house mom or DJ on your arrival.

29. All employees/entertainers must check in with DJ when in costume and ready to perform. At the end of your shift, do your performance time slip.

30. No fighting will be tolerated. Mandatory suspensions or dismissals will be issued to all parties involved.

31. Toppers Dollars are handed only to customer. Entertainers do not distribute Toppers Dollars nor waitresses.

32. Management will hold out Toppers Dollars in the safe on questionable customer disputes, transactions, and charge backs for up to 30-90 days, involving Toppers Dollars.

BY SIGNING THIS FORM, I AGREE THAT I HAVE READ EACH ITEM LISTED ABOVE AND FULLY UNDERSTAND OUR COMPANY RULES OF CONDUCT AND ELECT TO ADHERE TO EACH RULE. YOU MAY REQUEST A COPY.

GIVEN NAME: Qynnisha Bryant

STAGE NAME: ARMANI

DATE: 9/21/18

WITNESS: [signature]

## CONDUCT V.I.P. AREAS

(This document goes in all files).

From: Corporate

Many of you are well aware of the prohibited conduct pertaining to lewd and lascivious activities. Regulatory and Police Agencies have publicly denounced our industry and vowed to close any adult establishments who operate in lewd or lascivious manners by stepping up police undercover operations. In step with company policy, we want to raise everyone's awareness levels and any illegal conduct will not be tolerated. The company has spent a great deal of time and money on legal issues to preserve our current format of doing business. The last thing we need is charges against THE CLUB for lewd and illegal conduct that may have occurred in our V.I.P. areas or couch lounges. Entertainers and floor men with Management are put on notice that illicit behavior (i.e., fondling, touching, exposing sex organs) will not be tolerated and it is mandatory that Entertainers be a lot more conscientious about your performances. <u>If you do not understand what you can and cannot do, ask your Manager.</u>

Serious disciplinary action will be imposed; suspensions, loss of job or possibly an arrest by undercover vice officers will happen if you ignore this notice. <u>If you are arrested, we will not pay your bail bondsman nor the costs to defend you in court. If your illegal conduct causes action against THE CLUB's license, we will file a lawsuit against you personally for damages.</u>

The V.I.P areas and couch lounges are lucrative for the staff and entertainers and we do not wish you to lose them by stupidity. V.I.P. does not stand for "very interested prostitute".

<u>Govern yourselves accordingly.</u> All Entertainers are required to sign this notice as an acknowledgment and Management will place it in their profile folders.

STATE NAME: ARMANI

GIVEN NAME: Qynnisha Bryant

SIGNATURE: Qynisha Bryant    DATE: 9/21/18

WITNESS: _____

## DRUG TEST CONSENT FORM
### (ALL EMPLOYEE/ENTERTAINER FILES)

I, __Qynnisha Bryant__, understand that TOPPERS INTERNATIONAL has a policy of conducting random drug tests at any time. By signing this form, I hereby give my consent for such random drug testing. I understand that, should I refuse a test, I could be terminated. I further understand that my employment or performance is at will and can be terminated any time for any reason, or no reason, by either management or me. This consent form does not alter my employment or performance at will status. I understand that any and all results of any testing will remain confidential and known only to appropriate management members, and is the property of THE CLUB.

_[signature]_
Signature

9/21/18
Date

_[signature]_
Witness

## CLUB WORKPLACE VIOLENCE PREVENTION POLICY
### (ALL FILES)

1. THE CLUB maintains and enforces a zero-tolerance policy for all forms of workplace violence.

2. Management, independent contractors, and employees of THE CLUB are committed to ensuring that offensive behavior and aggressive contact between staff and other staff members or patrons are entirely prevented.

3. In instances where violence occurs, management, independent contractors, and employees will actively work to ensure safety and prevent the violence from occurring again.

4. No workers who report violence to any entity shall face any reprisal.

5. Verbal and non-verbal threats and aggression, as well as the use of pejoratives or slurs, will not be tolerated.

6. Any incidents of workplace violence or threatened violence shall be reported on corporate incident reports immediately. Incident reports should be as detailed as possible; and should provide a context for the violence. Relevant information includes items such as descriptions of the aggressor's behavior prior to becoming aggressive and a specific account of what happened during, before and after the incident.

7. Management shall identify specific behaviors, locations and times of the day during which violence risk is increased, and shall implement policies to thwart this violence. Staff is obligated to approach management with concerns about any specific policies, routines, or job requirements that they feel increases workplace violence risk.

8. Management shall familiarize themselves with OSHA document entitled "Recommendations for Workplace Violence Prevention Programs in Late-Night Establishments".

9. Management shall act promptly to help any staff member who experiences or who is threatened with violence, and shall take steps to ensure the workplace provides the worker with a sense of safety in the future.

10. Staff shall promptly address any concerns with management they have about safety and management shall be receptive to such ideas. As needed, mandatory staff meetings and training sessions may be conducted to establish guidelines and new policies for preventing violence.

11. Management and the corporate administrative offices of THE CLUB will regularly review incident reports and any other documentation of aggressive or violent behavior. If management discovers patterns, new policies may be implemented and new training may be required.

_____
Signature-Staff/Entertainer

_____
Manager Signature

9/21/18
Date

WITNESS: _____

## PERFORMANCE TIME SLIP FOR ENTERTAINER

CLUB NAME: Toppers

### Performance Time Slip
### To be Completed by Entertainer

STAGE NAME: Armani

LAST NAME: Bryant

FIRST NAME: Qynnisha

Last 4 Digits of SSN: 8715

Performance Hours:  Start Time: _____
Finish Time: _____

Number of Paid Dances: _____

Amount Earned:   Tips & Dances: _____

Date: 9/21/18

Signature: Qynnesha Bryant

To be completed by _____

(A)   Number of Paid Dances _____

(B)   Paid Dance Charge _____

(C)   (A) x (B) _____

(D)   Hours _____

(E)   Wage Factor _____

(F)   (D) x (E) _____

(G)   (C) x (F) Maximum Non-Tax _____

CLUB NAME **Toppers**
APPLICANT NAME **Qynnisha Bryant**
STAGE NAME **Armani**

## ENTERTAINER ELECTION FOR COMPENSATION:

(Professional Independent Contractor or W-2 Employee)

WHEN APPLYING FOR A POSITION AS AN ENTERTAINER WITHIN THIS CLUB, YOU WILL HAVE THE OPPORTUNITY TO CHOOSE HOW YOU WISH TO BE COMPENSATED.

AS A PROFESSIONAL ENTERTAINER, YOU REPRESENT, AND ARE RECOGNIZED BY, THIS ESTABLISHMENT, AS AN ARTIST SKILLED IN THE DISCIPLINE OF DANCE. AS A PROFESSIONAL ENTERTAINER, YOU AGREE TO PERFORM DANCING SERVICES FOR WHICH YOU WILL BE COMPENSATED. YOU WILL ELECT TO BE COMPENSATED BY CHOOSING TO BE EITHER:

- A. AN HOURLY EMPLOYEE TO BE ISSUED A W-2; OR

- B. A PROFESSIONAL INDEPENDENT CONTRACTOR TO BE ISSUED A 1099

EACH OF THE ABOVE CLASSIFICATIONS HAVE DISTINCT CRITERIA THAT YOU ACKNOWLEDGE AND ACCEPT BY CHOOSING THIS ELECTION. THIS ELECTION WILL BE MADE OF YOUR OWN FREE WILL AND WILL HEREBY RELEASE THE OWNER/ MANAGEMENT FROM ANY CLAIMS OR LIABILITIES ARISING FROM OR RELATED TO COMPENSATION. THIS IS NOT A CONTRACT BUT A CHOICE. YOU AGREE YOU HAVE THE RIGHT TO CHANGE OR TERMINATE THIS ELECTION IN WRITING AND DELIVERED TO AND ACCEPTED BY MANAGEMENT AT ANY TIME.

PLEASE REVIEW THE FOLLOWING ATTACHMENTS AND SELECT THE APPROPRIATE CLASSIFICATION BASED ON YOUR STANDARDS.

## COMPLETE AND SIGN THE APPROPRIATE ELECTION BELOW:

I, _____, ELECT TO BE COMPENSATED AS A W-2 EMPLOYEE AND HAVE READ AND UNDERSTAND THE TERMS, POLICIES AND CRITERIA FOR COMPENSATION AS AN ENTERTAINER PERFORMING AT THIS CLUB.

SIGNATURE: _____ DATE: _____

MANAGEMENT SIGNATURE: _____

DATE: _____

I, Qynnisha Bryant, ELECT TO BE COMPENSATED AS A 1099 INDEPENDENT PROFESSIONAL CONTRACTOR AND HAVE READ AND UNDERSTAND THE TERMS, POLICIES AND CRITERIA FOR COMPENSATION AS AN ENTERTAINER PERFORMING AT THIS CLUB.

SIGNATURE: Qynnisha Bryant  DATE: 9/21/18

MANAGEMENT SIGNATURE: Sandra Gardner

DATE: 9/21/18

## W-2 EMPLOYEE ENTERTAINER ELECTION

AS A W-2 CLASSIFIED EMPLOYEE, I AGREE TO THE FOLLOWING CRITERIA FOR COMPENSATION:

1. I WILL BE PAID THE LEGAL MINIMUM WAGE STANDARD FOR _____ AT THE RATE OF $_____ PER HOUR.

2. I WILL COMPLETE A W-4 FORM AND WILL RECEIVE A PAYCHECK WITH APPROPRIATE TAXES AND DEDUCTIONS WITHHELD AS REQUIRED BY LAW.

3. ALL TIPS RECEIVED DURING AN ON-STAGE PERFORMANCE, WILL BE REPORTED TO THE DESIGNATED AGENT FOR THE CLUB. THESE TIPS WILL BE REPORTED AND PAID AS TIP INCOME ON MY PAYCHECK AS REQUIRED BY LAW.

4. ALL SPECIALTY SERVICE FEES RECEIVED OFF-STAGE (TABLESIDE, VIP ROOMS, ON THE FLOOR, ETC.) BELONG TO THE HOUSE AND I WILL RECEIVE A 40% COMMISSION FOR THESE FEES. THESE FEES WILL BE COLLECTED BY A DESIGNATED AGENT FOR THE CLUB. THEY WILL BE REPORTED AND PAID AS COMMISSIONS ON MY PAYCHECK AS REQUIRED BY LAW.

5. I WILL BE GIVEN A WORK SCHEDULE BY CLUB MANAGEMENT AND EXPECTED TO ABIDE BY IT. I WILL BE REQUIRED TO REPORT ALL HOURS WORKED BY A TIME CARD. TARDINESS AND UNEXCUSED ABSENCES ARE SUBJECT TO DISCIPLINARY ACTION, SUSPENSION AND/OR TERMINATION.

6. I AM RESPONSIBLE FOR SELECTING ANY COSTUMES, MAKEUP, HAIR AND ATTIRE. CLUB MANAGEMENT DOES RESERVE THE RIGHT TO EXERCISE DISCRETION WITH A PERFORMER'S APPEARANCE, UNIFORMS MAY BE REQUIRED AND SUPPLIED BY MANAGEMENT.

7. I WILL NOT BE REQUIRED TO PAY HOUSE FEES TO THE CLUB.

8. I WILL NOT BE REQUIRED TO TIP OUT DJS, BAR STAFF, HOUSEMOMS, FLOOR STAFF OR SECURITY. ANY SHARED TIPS WILL BE AT MY DISCRETION. HOWEVER, TIPPING THE VALET SERVICE (AN INDEPENDENT COMPANY FROM THE CLUB) IS REQUESTED.

9. I WILL BE EXPECTED TO ABIDE BY ALL HOUSE RULES AND STATE LAWS.

10. I WILL NOT BE ALLOWED TO WORK AT COMPETITIVE CLUBS.

**I REJECT THE 1099 INDEPENDENT CONTRACTOR ELECTION.

SIGNATURE:_____   DATE:_____

MANAGEMENT SIGNATURE:_____

## 1099 INDEPENDENT ENTERTAINER ELECTION

AS AN INDEPENDENT ENTERTAINER, I REPRESENT MYSELF AS AN EXPERIENCED AND TRAINED PROFESSIONAL AND AGREE TO THE FOLLOWING CRITERIA FOR COMPENSATION.

1. I ACT AS AN INDEPENDENT CONTRACTOR ENTERTAINER TO THE CLUB. ALL TIPS RECEIVED DURING AN ON-STAGE PERFORMANCE BELONG TO ME AS PART OF MY PROFESSIONAL FEES. I UNDERSTAND I AM REQUIRED TO REPORT THESE FEES TO THE CLUB.

2. ALL SPECIALTY SERVICE FEES RECEIVED OFF-STAGE (TABLESIDE, VIP ROOMS, ON THE FLOOR, ETC.) BELONG TO ME. I UNDERSTAND I AM REQUIRED TO REPORT THESE FEES TO THE CLUB.

3. I UNDERSTAND, AS AN INDEPENDENT ENTERTAINER, AND BY MY ACCEPTANCE OF THIS CLASSIFICATION AND ITS TERMS, THAT MY CONTRACTUAL RELATIONSHIP TO THE CLUB IS NOT DEPENDENT ON THE CLUB NOR IS IT SUBJECT TO CONTROL BY THE CLUB. I ALSO FURTHER ACKNOWLEDGE THAT THE CLUB AND ITS MANAGEMENT ARE NOT OBLIGATED TO GUARANTEE ME A GOVERNING MINIMUM WAGE.

4. I UNDERSTAND I WILL BE REQUESTED TO GIVE THE CLUB A BOOKING SCHEDULE AND I WILL BE EXPECTED TO ARRIVE AND PERFORM ON TIME FOR THE DURATION DESIGNATED BY ME. I ALSO UNDERSTAND THAT BY NOT ADHERING TO MY SUBMITTED SCHEDULE, MY SERVICES MAY BE DISCIPLINED, SUSPENDED AND/ OR TERMINATED AND I MAY LOSE FUTURE PERFORMING OPPORTUNITIES. MANAGEMENT RESERVES THE RIGHT TO CANCEL PROFESSIONAL SERVICES FOR INFRACTIONS OF THIS POLICY.

5. I AM RESPONSIBLE FOR SELECTING ANY COSTUMES, MAKEUP, HAIR AND ATTIRE. CLUB MANAGEMENT DOES RESERVE THE RIGHT TO EXERCISE DISCRETION REGARDING A PERFORMER'S APPEARANCE.

6. FOR USE OF THE CLUB VENUE, I WILL BE REQUIRED TO PAY HOUSE FEES TO THE CLUB. THE HOUSE FEES WILL BE DETERMINED BY A TIERED BOOKING SCHEDULE DESIGNATION. AN OUTLINE OF HOUSE FEES AND THEIR TIME SLOTS WILL BE PROVIDED BY CLUB MANAGEMENT (EXAMPLE: SCHEDULING LATER BOOKINGS DURING PEAK HOURS WILL RESULT IN INCREASED HOUSE FEES, EARLIER BOOKING TIMES DURING NON-PEAK HOURS WILL RESULT IN DISCOUNTED HOUSE FEES).

7. FOR USE OF THE CLUB PROVIDED SERVICES, I WILL BE ASKED TO TIP OUT THE FOLLOWING: DJS, BAR STAFF, HOUSEMOMS, FLOOR STAFF AND SECURITY. TIPPING THE VALET SERVICE (AN OUTSIDE COMPANY) IS REQUESTED.

8. I AGREE TO PROVIDE PROOF OF IDENTITY AND CITIZENSHIP AND WILL PROVIDE ALL SUPPORTING DOCUMENTATION AS REQUIRED FOR COMPLETION OF THE W-9 FORM.

9. I WILL ABIDE ALL HOUSE RULES, LOCAL ORDINANCES, & STATE LAWS.

10. I UNDERSTAND AS AN INDEPENDENT ENTERTAINER, I AM ALLOWED TO WORK AT COMPETITIVE CLUBS AT MY DISCRETION.

** I ELECT THE 1099 INDEPENDENT ENTERTAINER CLASSIFICATION.

SIGNATURE: _[signature]_

** I REJECT THE W-2 EMPLOYEE ENTERTAINER CLASSIFICATION.

SIGNATURE: _[signature]_

## ENTERTAINMENT PROFILE IDENTIFICATION

## TOPPERS INTERNATIONAL

NAME Qynnisha Bryant

STAGE NAMES 1. Armani

2. _____

3. _____

DOB 10/04/95

HIRE DATE _____

1) PLEASE ATTACH COPY OF:
   DRIVER'S LICENSE AND WORK PERMIT

2) PLEASE ATTACH BELOW PHOTO (HEAD SHOT ONLY)

MANAGER SIGNATURE _Sandra Gardner_

## PERSONAL INFORMATION

Full Name: Qynnisha Bryant          SSN 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
Stage Name: Armani
Present Address: 109 Williamson St Oxford, AL 36203
Permanent Address: _____
Current Phone: (256) 631-5182
U. S. Citizen? (YES) or NO
Driver's License Number: 8737239          State: AL
Current Height: 5'4
Referred By: N/A
Date of Birth: 10/04/1995          Place of Birth: Birmingham, AL

## EMPLOYMENT INFORMATION

Date you can start: Immediately          Hours desired: _____
Are you employed now? NO . If so, list employer's name and address:
_____

May we call your current or previous employer for reference? _____
Have you ever applied or worked at any night club before? Yes
If so, list club name and status: The Cherry (Entertainer)

## ENTERTAINMENT INFORMATION

Do you have any health or physical problems which would substantially impair you in performing as an exotic entertainer? NO (yes/(no)). If so, please describe in detail. _____

Do you wear glasses? NO
In case of emergency, whom should we notify? (List name, address, phone number, and relation to you) Carla Bryant (MOTHER) (256) 473-3188   109 Williamson St Oxford, AL 36203

I authorize investigation of all statements contained herein. I understand that if I am dealing with money or have any fiduciary duties, a criminal background check may be done and I authorize such inquiry. I understand that misrepresentations or omissions in my answers are cause for termination of my services without prior warning or notice.

Signature: Qynnesha Bryant          Date 9/21/18