IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| QYNNISHA BRYANT | * |
| | * |
| On Behalf of Herself and All Others Similarly Situated | *Case No.: 3:20-CV-00061-CDL |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| TOPPERS INTERNATIONAL, INC., a Domestic For Profit Corporation, DARNELL LEWIS GARDNER, Individually, and SANDRA GARDNER, Individually. | * |

DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY ACTION

Defendants move the Court, pursuant to the Federal Arbitration Act (9 U.S.C §§ 1-16, particularly 9 U.S.C. §§3 and 4,) for an order to compel Plaintiff to arbitrate her Fair Labor Standards Act (F.L.S.A.) claims asserted in her complaint and to stay this action pending such arbitration.

1.

Plaintiff brought this action under the F.L.S.A. to recover alleged unpaid minimum wage compensation.

2.

Defendants asserted in their responsive pleading that plaintiff had entered into a written agreement to arbitrate F.L.S.A. claims individually and not in a collective action.

3.

Plaintiff moved for conditional certification of a collective action with notice to be provided to all persons who performed as entertainers from June 2017 to the present at a club operated by Toppers International, Inc. in Athens, Georgia and who were classified as independent contractors and not paid direct wages. (*Document 12*).

4.

Defendants opposed conditional certification and notice based upon the arbitration agreement and filed a supporting affidavit of Darnell Lewis Gardner with the written arbitration agreement attached (*Document 13-2*).

5.

Plaintiff has failed, neglected, and refused to arbitrate under the written arbitration agreement.

**WHEREFORE**, Defendants move the Court for an order compelling such arbitration and staying this action pending resolution of the issues of the existence and enforceability of the arbitration agreement and for such other and further relief as may be just and appropriate.

Respectfully submitted, this 1st day of September, 2020.

P. O. Box 893  
Athens, GA 30603  
706-353-7736  
john@mcarthurlaw.net

By:_____  
JOHN JAY MCARTHUR  
Georgia Bar No. 480725  
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| QYNNISHA BRYANT | * |
| | * |
| On Behalf of Herself and All Others Similarly Situated | *Case No.: 3:20-CV-00061-CDL |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| TOPPERS INTERNATIONAL, INC., a Domestic For Profit Corporation, DARNELL LEWIS GARDNER, Individually, and SANDRA GARDNER, Individually. | * |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing Defendants' Motion To Compel Arbitration And To Stay Action by filing with the CM/ECF system and by mailing copies to her attorneys, *viz.:* Thomas J. Mew IV, Buckley Beal, LLP, 600 Peachtree Street, NE, Suite 3900, Atlanta, Georgia 30308 and Gregg C. Greenberg, Zipin, Amster & Greenberg, LLC, 8757 Georgia Avenue, Suite 400, Silver Spring, Maryland 20910, all in the manner provided by law.

This 1st day of September, 2020.

_____
JOHN JAY MCARTHUR