IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| QYNNISHA BRYANT, on behalf of herself and all others similarly situated, | * |
| | * |
| Plaintiff, | Case No. 3:20-cv-61-CDL |
| v. | * |
| TOPPERS INTERNATIONAL, INC., DARNELL LEWIS GARDNER, and SANDRA GARDNER, | * |
| | * |
| Defendants. | |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated January 28, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 29th day of January, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk